DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
*Attorneys for Defendant, Tanner Castro*

JOSHUA TOMSHECK, ESQ.
State Bar of Nevada No. 009210
HOFLAND & TOMSHECK
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant, Tanner Castro*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TANNER CASTRO. ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:24-cr-00018-RFB-MDC <br><br> STIPULATION TO CONTINUE <br> MOTION DEADLINES DATES |

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JASON M. FRIERSON**, United States Attorney, and **AFROZA YEASMIN.**, Assistant United States Attorney, counsel for the United States of America, and **DAVID Z. CHESNOFF, ESQ.,** and **RICHARD A. SCHONFELD, ESQ**., and **JOSH TOMSHECK, ESQ.,** counsel for Defendant, **TANNER CASTRO**, that the parties herein shall have until December 16, 2024 to file Pretrial Motions and

notices of defense, currently due December 2, 2024.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including January 13, 2024, to file any and all responsive pleadings.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including January 21, 2024, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The Parties have been discussing the potential for resolving this case without the need for litigation and a trial. To that end, the Defendant prepared a Motion and provided a draft to the government so that the Parties could then engage in meaningful negotiations;

2. Defendant's counsel emailed the draft to government counsel, but the email was not received. Accordingly, Defendant's counsel has resent the draft Motion and it has been coordinated that the parties will engage in further dialogue in an effort to resolve the case;

3. With the Thanksgiving holiday approaching, the additional dialogue toward resolving the case will not occur until after the current Motion deadline of December 2, 2024. Accordingly, to avoid the potential for unnecessary litigation, the Parties are requesting this additional time.

**DATED** this 27th day of November, 2024.

| | |
|---|---|
| **JASON M. FRIERSON**<br>United States Attorney | **CHESNOFF & SCHONFELD** |
| /s/ Afroza Yeasmin<br>**AFROZA YEASMIN**<br>Assistant Unite States Attorney | /s/ Richard A. Schonfeld<br>**DAVID Z. CHESNOFF, ESQ.**<br>**RICHARD A. SCHONFELD, ESQ**.<br>Counsel for Defendant,<br>**TANNER CASTRO** |
| **HOLLAND & TOMSHECK**<br><br>/s/ Joshua Tomsheck<br>**JOSHUA TOMSHECK, ESQ.**,<br>Counsel for Defendant<br>**TANNER CASTRO** | |

2

## ORDER

**IT IS THEREFORE ORDERED** that the parties herein shall have to and including December 16, 2024, to file any and all pretrial motions and notices of defense.

**IT IS FURTHER ORDERED** that the parties herein shall have to and including January 13, 2025, to file any and all responsive pleadings.

**IT IS FURTHER ORDERED** that the parties shall have to and including January 21, 2025, to file any and all replies to dispositive motions.

**DATED** this 2nd Day of December, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**