DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

JOSHUA TOMSHECK, ESQ.
Nevada Bar No. 9210
HOFLAND & TOMSHECK
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760

Attorneys for Defendant, TANNER CASTRO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:24-cr-00018-RFB-MDC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TANNER CASTRO, | ) | |
| Defendant | ) | |
| | ) | |

**ORDER PERMITTING DEFENDANT TO ATTEND HIS GRANDFATHER'S FUNERAL SERVICES**

4

Based upon the forgoing stipulation, and with good cause appearing, **IT IS SO ORDERED**. Accordingly, the **COURT ORDERS**, Defendant Tanner Castro's conditions of pretrial release shall be amended to permit him to attend the funeral services for his grandfather on September 11, 2025 and September 12, 2025 in Las Vegas, Nevada. Specifically, Defendant shall be permitted to attend his grandfather's viewing that will take place on Thursday, September 11, 2025 at Palm Mortuary (S. Eastern) from 1:00-5:00 p.m. Defendant shall be permitted to attend his grandfather's funeral service at Prince of Peace Parish will begin on Friday, September 12, 2025 at 11:00 a.m. to approximately 2:00 p.m. to be followed by a grave side service at Palm Mortuary (Eastern) from approximately 2:00 p.m. to 5:00 p.m. Defendant shall remain on GPS monitoring during said services.

**IT IS SO ORDERED.**

Dated this  29th  day of  August       , 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted by:

/s/   Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant Tanner Castro

5