DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

JOSHUA TOMSHECK, ESQ.
Nevada Bar No. 9210
HOFLAND & TOMSHECK
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760

Attorneys for Defendant, TANNER CASTRO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:24-cr-00018-RFB-MDC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TANNER CASTRO, | ) | |
| Defendant | ) | |
| | ) | |

**STIPULATION AND [PROPOSED ORDER] REGARDING MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between SIGAL CHATTAH, Acting United States Attorney, and AFROZA YEASMIN, Assistant United States Attorney, counsel for the United States of America, and DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., and JOSHUA TOMSHEK, ESQ., counsel for Defendant, TANNER CASTRO, that should the Court grant defendant's request, that Defendant Tanner Castro's conditions of pretrial release shall be amended as follows: the Home Detention component shall be modified to Curfew as determined by Pretrial Services. All other previously imposed conditions shall remain the same.

To date, Mr. Castro has been fully compliant with the terms of his pretrial release, and his Pretrial Services Officer (Justin Lauby) has advised that there is no objection, provided the Court grants approval.  Counsel has conferred with AUSA Afroza Yeasmin and she has stated that considering the circumstances, and Defendant's to-date compliance with the terms of his pretrial release, the government defers to the Court and Pre-trial regarding this request.

**DATED** this 16th day of September, 2025.

| | |
|---|---|
| SIGAL CHATTAH | |
| Acting United States Attorney | CHESNOFF & SCHONFELD |
| | |
| /s/ Afroza Yeasmin | /s/ David Z. Chesnoff |
| AFROZA YEASMIN | DAVID Z. CHESNOFF, ESQ. |
| Assistant United States Attorney | RICHARD A. SCHONFELD, ESQ. |
| | Counsel for Defendant |
| | TANNER CASTRO |
| | |
| HOFLAND & TOMSHECK | |
| /s/ Joshua Tomsheck | |
| JOSHUA TOMSHECK, ESQ. | |
| Counsel for Defendant | |
| TANNER CASTRO | |

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

JOSHUA TOMSHECK, ESQ.
Nevada Bar No. 9210
HOFLAND & TOMSHECK
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760

Attorneys for Defendant, TANNER CASTRO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:24-cr-00018-RFB-MDC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TANNER CASTRO, | ) | |
| Defendant | ) | |
| _____ | ) | |

**[PROPOSED] ORDER REGARDING MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**

3

Based upon the forgoing stipulation, and with good cause appearing, **IT IS SO ORDERED**. Accordingly, the **COURT ORDERS**, Defendant Tanner Castro's conditions of pretrial release shall be amended as follows: the Home Detention component shall be modified to Curfew as determined by Pretrial Services. All other previously imposed conditions shall remain the same.

**IT IS SO ORDERED.**

Dated November 25, 2025

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant Tanner Castro