TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
AFROZA YEASMIN
Assistant United States Attorney
STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9635
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
Steven.Myhre@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00018-RFB-MDC |
| Plaintiff, | **Joint Status Report for Trial** |
| v. | |
| TANNER LUCAS CASTRO, | |
| Defendant. | |

This Court ordered the parties to submit a Joint Status report detailing the parties' preparedness to proceed to trial. Each of the parties' positions is detailed below:

1.     As represented to the Court on June 23, 2026, the parties have reached a resolution in this matter.  The Government has provided a draft Guilty Plea Agreement and the

///

///

///

///

1

Defendant has requested some changes.  The parties anticipate finalizing the plea agreement in the near future which will alleviate the need for a trial.

**DATED** this 30th day of June, 2026.

READ AND AGREED:

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney


 /s/ Afroza Yeasmin
AFROZA YEASMIN
Assistant United States Attorney


 /s/ David Chesnoff
DAVID CHESNOFF
Attorney for Defendant Castro

2