**DAVID Z. CHESNOFF, ESQ.**
**Nevada Bar No. 2292**
**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702) 384-5563**
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
*Attorneys for Defendant, Tanner Castro*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:24-cr-00018-RFB-MDC |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO CONTINUE |
| TANNER CASTRO. | ) | CHANGE OF PLEA HEARING |
| | ) | [PROPOSED ORDER] |
| Defendant. | ) | |
| | ) | |

        **IT IS HEREBY STIPULATED AND AGREED**, by and between **TODD BLANCHE**,

Acting Attorney General, and **AFROZA YEASMIN,** Assistant United States Attorney, counsel for

the United States of America, and **DAVID Z. CHESNOFF, ESQ.**,   and **RICHARD A.**

**SCHONFELD, ESQ**., counsel for Defendant, **TANNER CASTRO**, that the Change of Plea hearing

currently scheduled for August 3, 2026, at the hour of 10:45 a.m. in this matter be continued to

August 4 or 5th, 2026, at a time convenient to the Honorable Court.

        The Stipulation is entered in for the following reason.

        1.        That Attorney David Z. Chesnoff and Richard A. Schonfeld have a scheduling

conflict as a result of traveling back from being out of the country for work purposes.

2. That Counsel for Defendant have been in communication with Assistant United States Attorney Afroza Yeasmin, and there is no objection to the continuance as outlined above.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

4. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

**DATED** this 13th day of July, 2026.

| | |
|---|---|
| **TODD BLANCHE**<br>Acting Attorney General | **CHESNOFF & SCHONFELD** |
| /s/ Afroza Yeasmin<br>**AFROZA YEASMIN**<br>Assistant United States Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101<br>Counsel for Plaintiff | /s/ Richard A. Schonfeld<br>**DAVID Z. CHESNOFF, ESQ.**<br>**RICHARD A. SCHONFELD, ESQ**.<br>Counsel for Defendant,<br>**TANNER CASTRO** |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      That Attorney David Z. Chesnoff and Richard A. Schonfeld have a scheduling conflict as a result of traveling back from being out of the country for work purposes.

2.      That Counsel for Defendant have been in communication with Assistant United States Attorney Afroza Yeasmin, and there is no objection to the continuance as outlined above.

3.      Additionally, denial of this request for continuance would result in a miscarriage of justice.

4.      The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

/ / /

3

## ORDER

**IT IS HEREBY ORDERED** that the Change of Plea hearing scheduled for August 3, 2026 at the hour of 10:45 a.m. shall be heard on the _____ day of August, 2026 at the hour of _____ ____.

**DATED** this ____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Tanner Castro