AO 455 (Rev. 01/09) Waiver of an Indictment

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            AUG - 4 2026

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.   2:24-cr-00018-RFB-MDC |
| Tanner Lucas Castro | ) |
| | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _July 10, 2026_

_Tanner Lucas Castro_
Defendant's signature

_____
Signature of defendant's attorney

David Chesnoff
Printed name of defendant's attorney

_____
Judge's signature

Richard F. Boulware, II,          U.S. District Judge
Judge's printed name and title