TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
AFROZA YEASMIN
Assistant United States Attorney
STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9635
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
Steven.Myhre@usdoj.gov
*Attorneys for the United States*

```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG - 4 2026

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANNER LUCAS CASTRO,<br><br>Defendant. | **SUPERSEDING CRIMINAL INFORMATION**<br><br>2:24- cr-00018-RFB-MDC<br><br>**VIOLATION:**<br><br>Title 18, United States Code, Section 4: Misprision of Felony (Count One) |

**THE UNITED STATES ATTORNEY GENERAL CHARGES THAT**:

### COUNT ONE
Misprision of Felony
(18 U.S.C. §4)

Beginning on or about October 10, 2023, and continuing up to and including on or about October 13, 2023, in the State and Federal District of Nevada,

**TANNER LUCAS CASTRO,**

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit Coercion and Enticement in violation of Title 18, United

States Code, Section 2422(b), did conceal same by refusing to provide law enforcement with the login information for a blue iPhone in his possession when such information was requested to complete a lawful and authorized search of said device, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

**DATED:** this 10 day of July 2026.

TODD BLANCHE
Acting Attorney General

_Afroza Yeasmin_
AFROZA YEASMIN
Assistant United States Attorney

2